Certificate Number: 16337-PAM-DE-028753604

Bankruptcy Case Number: 13-06566



16337-PAM-DE-028753604

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 13, 2017, at 5:37 o'clock AM EST, Christopher J Serafin completed a course on personal financial management given by internet by $ Education USA, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 13, 2017          By:    /s/Nisrene Tarraf

                                 Name:  Nisrene Tarraf

                                 Title: Educator